# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TOMMY CLOUD (#103880)

CIVIL ACTION

VERSUS

16-494-SDD-RLB

BURL CAIN, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 5, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and the Plaintiff's action shall be dismissed with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 7 day of February, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.